Case 1:22-cr-00168-CKK   Document 1-1   Filed 05/12/22   Page 1 of 3

Case: 1:22-mj-00107
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/12/2022
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On May 11, 2022, U.S. Park Police officers Carucci and Jones were attired in plain clothes and a full U.S. Park Police uniform, respectively, while operating an unmarked Dodge Charger. The aforementioned officers were assigned the callsign "191" and patrolling the Logan Circle corridor, which includes the 1200 block of 13th Street, NW.

This area is known to officers to be a high drug area, based on a high quantity of narcotics arrests and contacts made in the area.

While on patrol, officers observed a black male, wearing a black puffy coat, a multi-colored Gucci satchel on his right side, and a multi-colored but mostly light green and black sweatshirt, and black pants, later identified as Mr. Harold STONE (DOB June 9, 1975) approaching the north side of the sidewalk from the inside of 1221 M Street, NW, in an attempt to cross the street.

It should be noted that STONE's satchel was on his right side underneath his black puffy jacket. His jacket was unzipped, and the satchel was visible. Underneath the satchel was his sweatshirt, which was zipped up. Officers made note of the temperature at the time, which was about 77 degrees.

191's vehicle was traveling eastbound on the 1200 block of M Street in STONE's direction. STONE observed the officers' vehicle approaching, widened his eyes, and quickened his pace in the direction of the south side of the street. As STONE was in stride, STONE moved the satchel from his right side to the left side of his person.

It should be expressly noted that the undersigned officers observed STONE in the front of the same address at the same time of day less than 24 hours prior. When STONE observed officers on May 10, 2022, STONE gave a wide-eyed stare in the direction of the officers and quickly fled into the lobby area of 1221 M Street, NW. As officers continued past 1221 M Street, NW on May 10, 2022, STONE continued to track the movements of 191's vehicle until 191 eventually exited the 1200 block of M Street, NW.

On May 11, 2022, Officers exited their vehicle in an attempt to make contact with STONE. Officer Jones yelled "HEY BRO" in the direction of STONE and STONE glanced back at Officer Jones with no avail to get STONE's attention. STONE quickened his pace to get into a gray Dodge Avenger that had one sole occupant inside of it prior to STONE getting inside. STONE managed to get inside of the passenger seat and slammed the door behind him. Sensing STONE was about to flee, Officer Carucci quickly approached the passenger side door, opened it, and ordered STONE to exit the vehicle. STONE attempted unsuccessfully to pull the door closed. STONE then began to become belligerent, arguing with Officer Carucci and Officer Jones' attempt to get STONE to exit the vehicle. Officer Carucci called for additional units to assist with the stop. Officer Jones was able to secure the car keys of the vehicle while it was in park.

STONE ultimately exited the vehicle but began to resist officer Carucci's attempts to restrain him. STONE also grasped the satchel with his left hand close to his body at this time. Based off Officer Jones' training and experience, Jones believed STONE to be armed. Specifically, Officer Jones believed STONE to have a firearm inside of his satchel. Officer Jones conducted a pat down of the satchel and felt an object he immediately recognized to be a firearm. Jones voiced

the predetermined codeword for the presence of a firearm to officer Carucci and responding units. STONE continued to resist and Officer Carucci ultimately took him to the ground. Officers Jones and Carucci, after several moments of STONE resisting, were ultimately able to place STONE in handcuffs.

Officer Flynn responded and cut the satchel from STONE's person. Officer Jones recovered it.

The firearm that was inside is described as follows:

- MAKE: Polymer 80
- MODEL:UNK
- CALIBER:9mm
- SERIAL : UNK

There were 0 rounds in the chamber and 24 in the magazine. The magazine had a capacity of 31 rounds. The weapon appeared to be fully functional, capable of expelling a projectile by means of explosive force, is operable by one hand, and has a barrel length of less than 12 inches. It should be expressly noted that the previously mentioned firearm had a selector switch affixed to the back of it, which has an urban term of "giggle switch". The selector switch is able to convert a semi-automatic gun to a fully automatic gun.

At no time did STONE reveal the fact that he had a conceal carry permit in the District. STONE was placed under arrest for CPWL. Search incident to arrest revealed from STONE's front groin area inside of his underwear, a clear plastic bag containing the following:

- 1 clear plastic knotted twist containing 15.5 grams of a white powder substance.
- 1 clear plastic knotted twist containing 3.3 grams of a white powder substance.
- 1 clear plastic knotted twist containing 12.9 grams of a white powder substance.
- 1 clear plastic knotted twist containing 6.7 grams of a hard white solid and powdery substance.
- 1 clear plastic knotted twist containing 37.0 grams of a hard white solid and powdery substance.
- 1 clear plastic knotted twist containing 22.8 grams of a white rock like substance.

A portion of from all 6 twists was field tested by U.S. Park Police, and all field tests indicated a positive color reaction for the presence of cocaine base. The 22.8 grams of white rock like substance is consistent in appearance to crack cocaine. The 6.7 grams and 37.0 grams of hard white solid and powdery substance are consistent in appearance to cocaine cut directly from the brick. The 15.5 grams, 3.3 grams, and 12.9 grams of white powder substance are consistent in appearance to Cocaine powder. The cumulative total weight of the recovered narcotics was 98.2 grams. This amount has an approximate street resale value of $9,800 and is more consistent with Possession with Intent to Distribute than mere possession. A total of $3,242 in U.S. currency was recovered from STONE's person. It should also be noted that all of the aforementioned narcotics recovered tested positive for fentanyl when tested again by MPD.

STONE was identified by his DC Driver's license. It should be expressly noted that a triple III inquiry using STONE's name and birthday revealed that he was convicted of Murder in the First Degree dated in 1996, which is a crime punishable by more than 1 year in the District of Columbia, making STONE a felon and further making him incapable of wielding a firearm in the United States. STONE was placed under arrest for CPWL, FIP, possession of an unregistered weapon, possession of a high capacity magazine, PWID (felony: cocaine), PWID (felony: crack cocaine), unlawful possession of ammunition, possession of unregistered ammunition, while armed, possession of a machine gun, resisting arrest, and taken to the USPP Central District cell block for processing.

_____ 5/12/22
Officer Anthony Carucci
U.S. Park Police

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of May, 2022.*

_____ 2022.05.12 19:30:45 -04'00'
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE