AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of  COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CR-00168(CKK) |
| HAROLD STONE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HAROLD STONE

Date:  5/18/22

*Attorney's signature*

A. EDUARDO BALAREZO; DC BAR 462659
*Printed name and bar number*

400 SEVENTH STREET, NW
SUITE 306
WASHINGTON, DC 20004

*Address*

AEB@BALAREZOLAW.COM
*E-mail address*

202-639-0999
*Telephone number*

202-639-0899
*FAX number*