**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | **Crim. No. 22-00168 (CKK)** |
| **HAROLD STONE,** | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE

Defendant Harold Stone, by and through undersigned counsel, respectfully requests that the attached Defendant's First Request for Discovery be made part of the record in this case.

Dated: Washington, DC
June 1, 2022                            Respectfully submitted,

**BALAREZO LAW**

/s/
By:  _____
A. Eduardo Balarezo
DC Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. (202) 639-0999
Fax. (202) 639-0899
E-mail:  aeb@balarezolaw.com

*Counsel for Harold Stone*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of June 2022 I caused a true and correct copy of the foregoing Defendant's Notice of Filing and First Request for Discovery to be delivered via Electronic Case Filing to the Parties in this case.

/s/

_____

A. Eduardo Balarezo